**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

GERMANTOWN CAB COMPANY,      : No. 509 EAL 2014
:
          Petitioner         :
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
        v.           :
:
:
:
PUBLIC UTILITY COMMISSION,     :
:
        Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.